UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DAVID BLUE THUNDER,<br><br>Defendant. | 3:76-CR-03144-KES<br><br><br>ORDER DENYING MOTION TO CORRECT THE RECORD AND MOTION FOR JUDICIAL NOTICE |

Defendant, James David Blue Thunder, moves the court to take judicial notice of certain court records from the Eastern District of Pennsylvania. Courts may take judicial notice of court records pursuant to Federal Rule of Evidence 201. Fed. R. Evid. 201(b)(2); 21B Charles Alan Wright & Kenneth W. Graham, Jr., *Fed. Prac. & Prod. Evid.* § 5106.4 (2d. ed) ("Writers generally agree that courts can take judicial notice of court records under Rule 201(b)(2)"). Here, the records submitted by Blue Thunder are not relevant to any issue pending before the court. Although the court may take judicial notice of these records if they become relevant in the future, the court declines to do so at this time. Thus, it is

ORDERED that the motion to correct the record (Docket 235) is denied.

IT IS FURTHER ORDERED that the motion for judicial notice (Docket 236) is denied.

Dated July 25, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE